UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE ALBERTO CAMPOS RODRIGUEZ,<br><br>                              Plaintiff,<br>      v.<br><br>BRIAN SANDOVAL, ADAM LAXALT,<br>JAMES COX, ISIDRO BACA,<br>ROD MOORE,<br><br>                              Defendants. | Case No. 3:15-cv-00276-MMD-VPC<br><br>ORDER |

**I.     DISCUSSION**

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983, and filed an application to proceed *in forma pauperis*. (Dkt. no. 1, 1-1). Pursuant to the Nevada Department of Corrections inmate search database, it appears that Plaintiff is no longer incarcerated. Plaintiff filed a notice of change of address with this Court on August 12, 2015. (Dkt. no. 3.)

Plaintiff's change of address indicates his new address is the Office of Allen Lichtenstein, Attorney at Law. (*Id.*) Mr. Lichtenstein has made no appearance in this case, however. If Mr. Lichtenstein wishes to represent the defendant, he shall file a notice of appearance. If not, Plaintiff is advised that in order for this case to proceed, he must provide the Court with a valid change of address.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's

attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. Failure to comply with this rule may result in dismissal of this action with prejudice.

## II.   CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff must file an updated address with this Court within thirty (30) days from the date of entry of this order.

It is further ordered that the Clerk will send a copy of this order to Mr. Lichtenstein at the address on file.

It is further ordered that Plaintiff's failure to timely comply with this order may result in dismissal of this action with prejudice.

It is further ordered that if Plaintiff does timely comply with this order, the District Court will screen Plaintiff's complaint.

DATED THIS 8th day of December 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE